UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES ELMER ROUSH,<br><br>        Defendant. | Case No. 2:16-cr-00236-LRH-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 6, 2021 at 1:30 p.m., be vacated and continued to Monday, May 24, 2021 at the hour of 11:00 a.m. before District Judge Hicks.

    DATED this 31st day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE