# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00236-LRH-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| CHARLES ELMER ROUSH, | |
| Defendant. | |

Based on the parties stipulation and good cause appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 8, 2021 at 11:00 a.m. is VACATED and CONTINUED to Monday, July 12, 2021, at 1:30 p.m. before District Judge Larry R. Hicks.

DATED this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

3