RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Charles Elmer Roush

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00236-MMD-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| CHARLES ELMER ROUSH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Charles Elmer Roush, that the Preliminary Hearing currently scheduled on December 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are requesting additional time to negotiate a potential resolution.

2. The defendant is in custody.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED November 26, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Afroza Yeasmin*<br>AFROZA YEASMIN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>CHARLES ELMER ROUSH,<br><br>   Defendant. | Case No. 2:16-cr-00236-MMD-GWF<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, December 3, 2024 at 4:00 p.m., be vacated and continued to **February 3, 2025, at 4:00 p.m**.; or to a time and date convenient to the court.

  DATED this 27th day of November, 2024.

                 _____
                 UNITED STATES MAGISTRATE JUDGE